# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**JUDYANN MORALES-RAMOS,** *et al.*,

    **Plaintiffs,**

    v.

**HOSPITAL EPISCOPAL SAN LUCAS DE GUAYAMA,** *et al.*,

    **Defendants.**

**CIVIL NO. 13-1614 (BJM)**

## FINAL JUDGMENT

Judgment is hereby entered dismissing this case with prejudice and without imposition of costs or attorneys fees to any party.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico this 13th day of December, 2016.

                                                  *s/Bruce J. McGiverin*
                                                BRUCE J. McGIVERIN
                                                United States Magistrate Judge